## In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-13-00147-CV
_____

### IN RE DOUGLAS W. RIVERA

**Original Proceeding**

### MEMORANDUM OPINION

Douglas W. Rivera filed a petition for writ of mandamus through which he sought relief from pre-trial rulings in his suit for divorce. On July 24, 2013, he amended his petition to add complaints concerning rulings made during the trial. On September 16, 2013, Rivera filed a motion to dismiss his original and amended petitions for writ of mandamus. It appears Rivera is no longer seeking mandamus relief from this Court. We grant the motion and dismiss the original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Opinion Delivered September 26, 2013
Before McKeithen, C.J., Gaultney and Kreger, JJ.